## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

KEVIN BURNS,

    *Plaintiff*,

v.                                    **Case No.: 1:25cv29-MW/ZCB**

STANLEY GRIFFIS, et al.,

    *Defendants.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 16. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 16, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an Order of the Court." The Clerk shall close the file.

**SO ORDERED on May 19, 2025.**

                            **s/Mark E. Walker**\
                            **Chief United States District Judge**